

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Ori White, Individually and as head of District Attorney of the 83rd Judicial District of Texas; Brewster County, Texas; Jeff Davis County, Texas; Pecos County, Texas; and Presidio County, Texas, | § | No. 08-22-00135-CV |
| | § | Appeal from the |
| | § | 53rd District Court |
| Appellant, | § | of Travis County, Texas |
| v. | § | (TC# D-1-GN-21-004488) |
| Jerry Lynn Phillips, | § | |
| Appellee. | § | |
| | § | |

# O R D E R

The Court GRANTS the Appellee's motion to re-transfer the above numbered cause to the Third Court of Appeals.

IT IS SO ORDERED this 17th day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.